# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: TREAWNA M NELSON                                      CASE NUMBER: 2240260
DEBTOR 2 NAME:

I _____ Robert J Wallace, Jr. _____ certify under penalty of perjury that I have served the attached document on the below
listed entities in the manner shown on _____ 3/23/2022 _____ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

ANESTHESIA ASSOCIATES OF KC,8717 W 110TH ST #600,OVERLAND PARK KS 66210
BERLIN WHEELER INC,PO BOX 479,TOPEKA KS 66601
CAPITAL ONE,P O BOX 31293,SALT LAKE CITY UT 84131
CASHNET USA,175 W JACKSON,SUITE 100,CHICAGO IL 60604
CB INDIGO,PO BOX 4499,BEAVERTON OR 97076
CREDIT CUBE,PO BOX 133,FINLEY CA 95435
EXETER FINANCE LLC C/O AIS PORTFOLIO SERVIC,4515 N SANTA FE AVE DEPT APS,OKLAHOMA CITY OK 73118
EXETER FINANCE LLC,AIS PORTFOLIO SERVICES LP,4515 N SANTA FE AVE DEPT APS,OKLAHOMA CITY OK 73118
EXETER FINANCE,ATTN CEO JASON GRUBB,222 W LAS COLINAS BLVD SUITE 1800,IRVING TX 75039
EXETER FINANCE,PO BOX 166008,IRVING TX 75016
FIG TECH INC,9450 SW GEMINI DR SUITE 9313,BEAVERTON OR 97008
FIRST PREMIER BANK,3820 N LOUISE AVE SIOUX FALLS,SIOUX FALLS SD 57107
INTERNAL REVENUE SERVICE,CENTRALIZED INSOLVENCY OPERATION,PO BOX 7346,PHILADELPHIA PA 19101
IRS INSOLVENCY SUPERVISORY REVENUE OFFICER,ADVISORY/ INSOLVENCY SB / SE T7 GRP 6,2850 NE INDEPENDENCE AVE,LEES SUMMIT MO 64064
MIDLAND CREDIT MANAGEMENT,320 EAST BIG BEAVER SUITE 300,TROY MI 48083
PATRICIA HILL,9205 MANCHESTER AVE,KANSAS CITY MO 64138
RYAN MICHAEL GRAHAM,WM LAW,15095 WEST 116TH STREET,OLATHE KS 66062
TREAWNA M NELSON,6111 PASEO BLVD,KANSAS CITY MO 64110
US ATTORNEY,400 EAST 9TH STREET,ROOM 5510,KANSAS CITY MO 64106
US ATTORNEY,ROOM 5510 US COURTHOUSE,400 E 9TH ST,KANSAS CITY MO 64106
US DEPARTMENT OF EDUCATION,2401 INTERNATIONAL,PO BOX 7859,MADISON WI 53704
US DEPARTMENT OF JUSTICE,ATTN: ATTORNEY GENERAL,950 PENNSYLVANIA AVE NW,WASHINGTON DC 20530-0001

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information
and belief.

Date : _____ 3/23/2022 _____            Signature : _____ Robert J. Wallace Jr. _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **IN RE:** | ) |
| | ) |
| **TREAWNA M. NELSON** | ) |
| | ) |
| | ) |
| **DEBTOR(S)** | ) **CASE # 22-40260-can-13** |

**TRUSTEE'S OBJECTION TO ENTRY OF CHAPTER 13 DISCHARGE UNDER
11 U.S.C. §1328(f)**

COMES now Richard V. Fink, Chapter 13 Trustee, and files this Objection to Entry of Chapter 13 Discharge under 11 U.S.C. §1328(f) and in support thereof states:

1. On March 9, 2022, Treawna M. Nelson ("debtor") filed for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor received a discharge in prior bankruptcy case 19-40277-drd-7, which was filed in the Western District of Missouri on February 6, 2019 with a discharge date of May 8, 2019.

3. Debtor received a discharge in a case filed under chapter 7, 11 or 12 during the 4-year period preceding the date of the order for relief of the above-referenced case or received a discharge in a case filed under chapter 13 during the 2-year period preceding the date of the order for relief of the above-referenced case.

4. Debtor is not eligible to receive a discharge pursuant to 11 U.S.C. §1328(f), even upon successful completion of a confirmed Chapter 13 plan.

5. Pursuant to Federal Rule of Bankruptcy Procedure 4004(a) a motion objecting to a debtor's discharge under 11 U.S.C. §1328(f) must be filed within 60 days after the first date set for the meeting of creditors under §341(a).

6. The date first set for the meeting of creditors is April 5, 2022; therefore, this objection is timely filed.

7. The trustee requests that the court enter an order granting this Objection to Entry of Chapter 13 Discharge Under 11 U.S.C. §1328(f) and find that the debtor is ineligible to receive a discharge pursuant to 11 U.S.C. §1328(f), and such other relief as may be just and equitable.

Based on the foregoing, the Trustee files this Objection to Entry of Chapter 13 Discharge under 11 U.S.C. §1328(f).

Respectfully submitted,
/s/ Richard V. Fink, Trustee
Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, Mo. 64108

## NOTICE OF MOTION

**Any response to the** Objection to Entry of Chapter 13 Discharge Under 11 U.S.C. §1328(f) **must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If debtor's counsel is not registered for electronic filing, you must serve the response by mail. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court will enter an Order granting the** Objection to Entry of Chapter 13 Discharge Under 11 U.S.C. §1328(f)**.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States first class mail and a certificate of service will be filed thereafter:

Debtor(s)
Wagoner Bankruptcy Group, attorney for debtor(s) (206)
All creditors

/s/ Richard V. Fink, Trustee